IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DISTRICT

| | | |
|---|---|---|
| PETER HORNEFFER, M.D. | * | |
| Plaintiff, | * | |
| v. | * | Case No.: MJG-11-00410 |
| ST. JOSEPH MEDICAL CENTER, INC., ET AL. | * | |
| | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**RENEWED MOTION OF DEFENDANTS SAINT JOSEPH MEDICAL CENTER, INC.
AND CATHOLIC HEALTH INITIATIVES TO COMPEL ARBITRATION**

COME NOW Defendants St. Joseph Medical Center, Inc. ("Defendant" or "the Hospital") and Catholic Health Initiatives ("CHI") (collectively "Defendants"), by and through their attorneys of record, and respectfully request that this Court issue its Order staying all proceedings and compelling arbitration of this lawsuit. In further support of this Motion Defendants state as follows:

1. Plaintiff Peter Horneffer's ("Plaintiff" or "Horneffer") amended lawsuit contains two claims. Count I of the Complaint seeks relief pursuant to the whistleblower provision of the False Claims Act, 31 U.S.C. § 3730(h). Count II of the lawsuit contains a claim for tortious interference with contractual relationships.

2. Plaintiff entered into an Employment Agreement with St. Joseph Physician Enterprises ("SJPE"). The Employment Agreement contains an arbitration provision.

2870513.01

2

3. Horneffer filed this amended lawsuit after this Court determined that the facts as pleaded by Plaintiff in his Original Complaint were both incomplete and, in some cases, incorrect.

4. Plaintiff does not name SJPE as a defendant in his amended lawsuit. The lawsuit does, however, contain multiple allegations that both the Hospital and CHI have an employment relationship with Horneffer indistinguishable from his employment relationship with SJPE.

5. Because Horneffer's lawsuit contains allegations regarding the alleged employment relationship between he and defendants, and because those claims are inherently inseparable with the types of claims entitled to arbitration under the Employment Agreement, Defendants CHI and the Hospital may enforce the terms of the arbitration provision even though they are not signatories to the Employment Agreement.

6. Principles of equitable estoppel also require enforcement of the arbitration provision as to both defendants to this lawsuit.

7. Agreements to arbitrate are liberally enforced and both this court and the United States Supreme Court have noted that the policy in favor of arbitration applies to employment claims such as those made in this lawsuit.

8. Because of Plaintiff's failure to identify his true employer in the original lawsuit, Defendants have been required to engage additional time and attorney's fees in order to redraft this Motion to Compel Arbitration to respond to Plaintiff's Amended Complaint. Thus, Defendant asks the court to award it the excess costs, expenses and attorney's fees incurred because of this conduct.

9. Defendants further rely on their Memorandum in Support of the Renewed Motion to Compel Arbitration, which is filed contemporaneously with this Motion, and incorporated herein by reference.

WHEREFORE, Defendants St. Joseph Medical Center, Inc. and Catholic Health Initiatives respectfully request that this Court issue its Order staying all proceedings in this case and compelling arbitration of Horneffer's claims, for their costs and fees incurred herein, and for all such further relief as this Court deems just and proper.

Respectfully submitted:

/s/
W. Terrence Kilroy
tkilroy@polsinelli.com
Karen R. Glickstein
kglickstein@polsinelli.com
POLSINELLI SHUGHART PC
120 W. 12th Street, Suite 1600
Kansas City, MO 64105
Telephone: 816-421-3355
Facsimile: 816-4210509

FERGUSON, SCHETELICH & BALLEW, P.A.

By: /s/

Craig F. Ballew (Fed. Bar No.: 04932)
100 S. Charles Street, Suite 1401
Baltimore, Maryland 21201-2725
(410) 837-2200
(410) 837-1188 Fax
cballew@fsb-law.com

ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 20th day of June, 2011, the foregoing document, supporting Memorandum, proposed order, and all exhibits thereto was both electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing and was served by U.S. Mail to the following:

William F. Gately
Howell & Gately
1108 Cowpens Avenue
Towson, MD 21286
(410) 583-7514 Telephone

J. Stephen Simms (4269)
W. Charles Bailey, Jr. (23580)
Simms Showers LLP
20 S. Charles Street, Suite 702
Baltimore, MD 21201
(410) 783-5795 Telephone

Albert D. Brault
Brault Graham, LLC
101 S. Washington Street
Rockville, MD 20850
(301) 424-1060 Telephone
adb@braultgraham.com

                                                                         */s/*
                                                 Attorneys for Defendant